LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| MAYA SULLIVAN,<br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br>    Defendant. | CIVIL NO. 2:09-CV-01280 EFB<br><br>STIPULATION AND ORDER |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 35 days, up to and including September 21, 2009, to answer Plaintiff's complaint. This request is being made because the undersigned attorney for the Commissioner was unaware of this case until September 18, 2009, when she was informed by the United States Attorney's Office that the answer was past due. At the time this case was routed to the Commissioner's Office of the General Counsel, the case tracking system was being overhauled and was unreliable. Counsel never received an electronic assignment, which is why she was unaware of the case. Defendant will file the answer immediately after filing this proposed order so that no further delay occurs.

////

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 21, 2009   /s/ *Jim Brown*
(As authorized via telephone September 21, 2009)
JIM BROWN
Attorney for Plaintiff

Dated: September 21, 2009   LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: September 22, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE