1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8937
       Facsimile:  (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
10
11                       **SACRAMENTO DIVISION**

12 MAYA SULLIVAN,                )
                                 )   CIVIL NO. 2:09-CV-01280 EFB
13     Plaintiff,                )
                                 )
14     v.                        )   MOTION FOR EXTENSION OF TIME AND
                                 )   ORDER
15 MICHAEL J. ASTRUE,            )
   Commissioner of               )
16 Social Security,              )
                                 )
17     Defendant.                )
   _____)

18

19     Defendant, through his undersigned attorney, moves for a FIRST extension of 25 days until May

20 18, 2010, in which to respond to Plaintiff's opening brief. On Friday, April 23, 2010, the undersigned

21 attorney for the Commissioner was in the process of completing the Commissioner's cross-motion for

22 summary judgment when she experienced a computer crisis – an entire folder of briefs and other

23 pleadings disappeared from her personal drive. While the folder pertained to Northern District of

24 California cases, Counsel had to stop working on this case in order to assist in finding what amounts to

25 over 6 years of work. The computer problem occurred late in the day and at a time when the

26 undersigned is about to leave the office for a two-week absence from April 26 through May 10, 2010.

27 At the time of this filing, the missing folder has not been located and Counsel is unable to stay later in

28 the office to finish the Commissioner's motion before her departure.

As it was late on a Friday when the undersigned encountered this problem and Plaintiff's counsel is in the Central Time Zone, the undersigned was unable to contact Plaintiff's counsel in order to secure a stipulated response. Counsel apologizes to the Court for the inconvenience and respectfully requests an extension of time until May 18, 2010 in which to file the Commissioner's response to Plaintiff's opening brief.

Respectfully submitted,

Dated: April 23, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: April 26, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE