IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAYA SULLIVAN,

    Plaintiff,                       No. CIV S-09-1280 EFB

    vs.

MICHAEL J. ASTRUE,           <u>ORDER</u>
Commissioner of Social Security,

    Defendant.

_____/

    On February 18, 2010, this court ordered plaintiff to show cause why this case should not be dismissed and why plaintiff and/or plaintiff's counsel should not be sanctioned as a result of plaintiff's failure to timely file a motion for summary judgment and/or remand. Dckt. No. 17. On February 19, 2010, plaintiff filed a response to the order to show cause, indicating that the failure was inadvertent and requesting leave to file a late summary judgment motion. Dckt. Nos. 18, 19. On March 18, 2010, plaintiff filed a motion for summary judgment. Dckt. No. 20. In light of plaintiff's filings, the request for leave to file a late summary judgment motion is granted and the February 18, 2010 order to show cause is discharged.

    SO ORDERED.

DATED: June 2, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE